J-A21003-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

ESTATE OF LYDIA F. SHEARLDS

APPEAL OF:  DEREE J. NORMAN

IN THE SUPERIOR COURT OF
PENNSYLVANIA

No. 3061 EDA 2015

Appeal from the Decree September 11, 2015
In the Court of Common Pleas of Delaware County
Orphans' Court at No(s): 384 OF 2015; File # 2315-0941

BEFORE:  BENDER, P.J.E., DUBOW, J., and MUSMANNO, J.

MEMORANDUM BY BENDER, P.J.E.:          **FILED NOVEMBER 08, 2016**

Deree J. Norman appeals *pro se* from the decree entered by the orphans' court on September 11, 2015, that denied his petition seeking to compel Michelle Shearlds to return personal property, *i.e.*, the West Catholic class ring, which he claims was taken from the estate of Lydia F. Shearlds without consent of the Executrix, Maria Slocum.  After review, we affirm.

Initially, we note that Mr. Norman's brief contains a list of ten questions, but the argument section of his brief, which covers a little over two pages, is not divided into separate sections as required by Pa.R.A.P. 2119(a) (stating, "[t]he argument shall be divided into as many parts as there are questions to be argued, and shall have at the head of each part … the particular point treated therein, followed by such discussion and citation of authorities as are deemed pertinent").  Based upon this error alone, the arguments Mr. Norman attempts to put forth are difficult to assess, but we choose not to quash the appeal for this reason.

Rather, we review this case in relation to the issues raised, but also conclude that the orphans' court correctly determined that Mr. Norman did not have standing to file the petition to compel. Having examined the certified record, Mr. Norman's brief,[1] the applicable law, and the thorough opinion authored by the Honorable Chad F. Kenny, President Judge of the Court of Common Pleas of Delaware County, dated February 2, 2016, we conclude that Judge Kenny's well-reasoned opinion properly disposes of the issues presented. Accordingly, we adopt Judge Kenny's opinion as our own and affirm the September 11, 2015 decree on that basis.

Decree affirmed.

Judgment Entered.

_____
Joseph D. Seletyn, Esq.
Prothonotary

Date: 11/8/2016

_____

[1] No other briefs were filed with this Court.